UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: Joseph Mizera             )
       Theresa Mizera            )    .Case No.15-40131
       Debtor(s)                 )    Hearing Date: May 28, 2015
                                 )    Hearing Time: 11:00 A.M.
                                 )    Hearing Location: Courtroom 7 N

SECOND AMENDED CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

$____400_____ per month for ____60____ months.

$_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20___.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) <u>Tax Refund.</u>  Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund.  Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit and Additional Child Tax Credit (Line 65 of Form 1040 or Line 39 of Form 1040A), each year.  (2) <u>Employee Bonuses.</u>  Debtor shall send fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan.  (3) <u>Additional Lump Sums.</u>  Debtor shall send additional lump sums(s) consisting of _____, if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion.  Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below.  However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:**

1. **Trustee and Court Fees.** Pay Trustee a percentage fee as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3 (A or B) over the following period, estimated as follows:

   CREDITOR NAME                TOTAL AMOUNT DUE            CURE PERIOD

3. Pay sub-paragraphs concurrently:

    (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
    CREDITOR NAME            MONTHLY PAYMENT            BY DEBTOR/TRUSTEE

    (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
    CREDITOR NAME            MONTHLY PAYMENT            EST MONTHS REMAINING

    (C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence)** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph ___ below.
    CREDITOR NAME            MONTHLY PAYMENT

    (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:
    CREDITOR NAME            MONTHLY PAYMENT            BY DEBTOR/TRUSTEE

    (E) **DSO Claims in equal installments.** Pay any pre-petition domestic support obligation arrears (not provided for elsewhere in this plan) in full in equal monthly installments over the life of the plan, estimated as:
    CREDITOR NAME                TOTAL AMOUNT DUE            INTEREST RATE

4. **Attorney Fees**. Pay Debtor's attorney $_1700_____ in equal monthly payments over __12_____ months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See the Local Rules for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

    (A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay pre-petition arrearage on debts paid under paragraphs 3 (C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:

    | CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
    |---|---|---|---|
    | Nutter | 15300 | 48 mos | 0 |
    | Neighbors | 4000 | 48 mos | 0 |

    (B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with _4.75____% interest.

    | CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
    |---|---|---|---|
    | | | 60 mos | |

    (C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 4.75_% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

    | CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
    |---|---|---|---|---|
    | | | | 60 mos | |

    (D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period set forth below and with interest as identified below.

    | CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
    |---|---|---|---|---|
    | | | | | |

    (E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

6. Pay $_2000___ of debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

    (A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

    | CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
    |---|---|---|---|
    | | | | |

    (B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable

by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
|---|---|---|
| | | (100% or lesser dollar amount enumerated here) |

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:

   CREDITOR NAME                    TOTAL AMOUNT DUE

9. Pay the following sub-paragraphs concurrently:

   (A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed:$__6461____. Amount required to be paid to non-priority unsecured creditors as determined by 1325(a)(4) hypothetical Chapter 7 liquidation calculation: $___0_____. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $___0____. Debtor guarantees a minimum of _____ (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

   (B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:
   CREDITOR            COLLATERAL

   (C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt.:
   CREDITOR            CONTRACT/LEASE

10. Other:

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily. Within fourteen days of filing federal and state income tax returns, Debtor shall provide a copy of each return to the Chapter 13 Trustee.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through

the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR. THE TRUSTEE, IN HIS SOLE DISCRETION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.

DATE:_____    DEBTOR:s__Joe Mizera
_____

DATE:_____    DEBTOR:_s__Theres a Mizera
_

# United States Bankruptcy Court
## Eastern District of Missouri

In re: **Joseph Mizera, Sr.**
**Theresa Mizera**
Debtor(s)

Case No. **15-40131**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 7, 2015**, a copy of SECOND AMENDED PLAN was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

AMCOL Systems
PO 21625
Columbia, SC 29221

AMCOL Systems Inc.
Creditor: Mercy St. Johns Medical Center
PO Box 21625
Columbia, SC 29221

Ameren Missouri
PO Box 88068
Chicago, IL 60680-1068

CACi
Creditor-St. Anthony's Medical Center
PO Box 270480
Saint Louis, MO 63127-0480

City of Festus Utility Billing Service
950 N. Fifth Street
Festus, MO 63028

Credit First N.A.
Plaza Tire Service Acct
PO Box 81344
Cleveland, OH 44188-0344

Creditors Discount & Audit Co.
Creditor: Emergency Physicians of St. Lo
415 E. Main St
PO BOx 213
Streator, IL 61364-0213

Derm-Care PC
PO Box 952409
Saint Louis, MO 63195-2409

James B. Nutter & Company
4153 Broadway
P.O. Box 10346
Kansas City, MO 64171

Martin Leigh Laws & Fritzlen
1044 Main St
Ste. 900
Kansas City, MO 64105

Mercy Clinic East Communties
PO Box 504655
Saint Louis, MO 63150-4655

Mercy Hospital St. Louis
C/O Valarity, LLC
Po Box 505023
Saint Louis, MO 63150-5023

Mercy Hospital St. Louis
PO Box 504856
Saint Louis, MO 63150-4856

**Neighbors Credit Union**
**6300 S. Lindbergh**
**Saint Louis, MO 63123**

**Regional Dermatology, LLC**
**1463 HWY 61**
**Suite B**
**Festus, MO 63028-4109**

**Scott Radiological Group, Inc.**
**2344 Hampton Ave**
**Saint Louis, MO 63139**

**SLU Care**
**PO Box 18353M**
**Saint Louis, MO 63195-8353**

**Sommars & Associates, L.L.C.**
**911 Washington Ave**
**Ste. 415**
**Saint Louis, MO 63101**

**St. Anthony's Medical Center**
**PO Box 66766**
**Saint Louis, MO 63166-6766**

**St. Anthonys Medical Center**
**PO Box 790126**
**Dept #30698**
**Saint Louis, MO 63179-0126**

**Tower Loan Of Missouri, LLC**
**P.O. Box 488**
**De Soto, MO 63020**

**Valarity**
**Creditor Mercy Hospital ST. Louis**
**PO Box 505023**
**Saint Louis, MO 63150-4856**

**Valarity, LLC**
**Creditor-Mercy Hosp St. Louis**
**PO Box 505023**
**Saint Louis, MO 63150-4856**

**WCP Laboratories, Inc.**
**C/O Account Resolution Corporation**
**PO Box 3860**
**Chesterfield, MO 63006**

**West County Radiology Group**
**11475 Olde Cabin Rd**
**Ste. 200**
**Saint Louis, MO 63141**

**Jerry Hoff #27743MO**
**Hoff Law Center**
**12300 Old Tesson Road**
**Saint Louis, MO 63128**
**314-849-1001Fax:314-849-0655**
**JerryHoff13@yahoo.com**